1  Olaf W. Hedberg (SB#151082)
   Attorney at Law
2  721 9th St., #220.
   Sacramento, CA 95814
3  (916) 447-1192
   FAX: (916) 447-1503                                                **OK/HAV**
4
   Attorney for defendant,
5  Theodore Christopher Reed

6

7               IN THE UNITED STATES DISTRICT COURT FOR THE

8                       EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )    No. CRS 06-484 DFL
10                                  )
              Plaintiff,            )    STIPULATION AND ORDER
11                                  )    CONTINUING JUDGMENT
                                    )    AND SENTENCING DATE
12       v.                         )
                                    )
13 THEODORE REED,                   )
                                    )
14            Defendant.            )
   _____)
15

16 The parties hereby stipulate to the following:

17   1.   This matter is presently set for judgment and sentencing on May 24, 2007.

18   2.   The parties hereby stipulate that the judgment and sentencing date may be continued
19        in order to afford counsel additional time to draft informal objections to the proposed
20        report and to give the probation department additional time to consider counsel's
21        informal comments. Thus, is hereby requested that the judgment and sentencing date
22        be moved to June 21st, 2007 at 10:00 a.m. The following schedule is hereby adopted:
23        any informal objections concerning the proposed presentence investigation report will
24        be due May 24, 2007; the final presentence report will be filed May 31, 2007; and any
25        motion for correction of the report will be filed June 7, 2007. The US Probation
26        Officer has been consulted concerning this schedule, and is in agreement therewith.

27

28                                          1

DATED: April 25, 2007        /s/ Olaf Hedberg
                             Attorney for defendant,
                             THEODORE REED

DATED: April 25, 2007        /s/ Michelle Rodriguez,
                             Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentencing date be continued to June 21, 2007 at 10:00 a.m. The following schedule is adopted: any informal objections concerning the proposed presentence investigation report will be due May 24, 2007; the final presentence report will be filed May 31, 2007; and any motion for correction of the report will be filed June 7, 2007.

DATED:   April 30, 2007

                             /s/ David F. Levi
                             UNITED STATES DISTRICT COURT JUDGE