HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
MARCUS WILLIAMS
Certified Law Student
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
THEODORE REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 2:06-00484-KJM |
| Plaintiff, | ORDER Re: UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| THEODORE REED | |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

ORDER

For the reasons stated in Mr. Reed's Unopposed Motion for Early Termination of his Supervised Release, the Court hereby grants the Motion, terminated Mr. Reed's term of Supervised Release, and discharges Mr. Reed pursuant to 18 U.S.C. § 3583(e)(1).

Dated: January 7, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Unopposed Motion for Early Termination of Supervised Release

1